BEFORE THE THIRD DIVISION, MARCH 18, 1959

No. 62861.—Canada Dry Ginger Ale, Inc., et al. v. United States, protests 241754–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those the subject of Abstract 61245, the claim of the plaintiffs was sustained.